UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MPH TECHNOLOGIES OY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:24-cv-8221 |
| | ) | |
| v. | ) | [Case No. 3:18-cv-05935-TLT, *MPH* |
| | ) | *Technologies Oy v. Apple Inc.*, pending in |
| APPLE INC., | ) | the U.S. District Court for the Northern |
| | ) | District of California] |
| Defendant. | ) | |
| | ) | |
| | ) | |

**APPLE INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL
PORTIONS OF APPLE'S MOTION TO COMPEL
LEE SHEIKH & HAAN LLC'S COMPLIANCE WITH SUBPOENA**

sf-6128753

Pursuant to Local Rules 5.8 and 26.2, and pursuant to the protective order entered by the court in *MPH Technologies Oy v. Apple Inc.*, Case No. 3:18-cv-05935-TLT (N.D. Cal.) ("Litigation") on July 10, 2023 (Dkt. No. 90), Defendant Apple Inc., by and through its undersigned counsel, moves this Court for an Order permitting the filing under seal of portions of Apple's Motion to Compel Lee Sheikh & Haan LLC's Compliance With Subpoena ("Motion") and supporting exhibits.

Apple's Motion describes, quotes, or otherwise reveals content designated by MPH Technologies ("MPH"), the plaintiff in the Litigation, as "Confidential – Attorneys' Eyes Only" under the terms of the Protective Order entered in the Litigation. (*See* Case No. 3:18-cv-05935-TLT, Dkt. No. 90.) Furthermore, MPH designated Exhibits 2, 10-16 to the supporting Declaration of Soo J. Park as "Confidential – Attorneys' Eyes Only." Although Apple does not agree that all these documents and information qualify as Confidential under the terms of the Protective Order, Apple is obligated by the Protective Order to request that the documents and information be filed under seal. (*Id*. at ¶ 15.)

As required by the Protective Order and Local Rule 26.2, Apple has provisionally filed under seal Apple's Motion that references such "Confidential" materials and supporting exhibits that constitute such "Confidential" materials. Apple is simultaneously filing a redacted version of its Motion.

WHEREFORE, Apple hereby moves this Court for leave to file under seal portions of Apple's Motion and Exhibits 2, 10-16 to the supporting Declaration of Soo J. Park.

sf-6128753

| | |
|---|---|
| Dated: September 9, 2024 | By:  /s/ Purvi G. Patel  |
| | PURVI G. PATEL (ARDC # 6287065) |
| | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard, Suite 6000 |
| | Los Angeles, California 90017 |
| | Los Angeles, California 90017-3543 |
| | Telephone: (213) 892-5200 |
| | ppatel@mofo.com |
| | |
| | BITA RAHEBI |
| | RYAN J. MALLOY |
| | ROSE S. LEE |
| | SOO J. PARK |
| | NIMA KIAEI |
| | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| | Los Angeles, California 90017-3543 |
| | Telephone: (213) 892-5200 |
| | Facsimile:  (213) 892-5454 |
| | brahebi@mofo.com |
| | rmalloy@mofo.com |
| | roselee@mofo.com |
| | spark@mofo.com |
| | nkiaei@mofo.com |
| | |
| | RICHARD S.J. HUNG |
| | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| | San Francisco, California  94105 |
| | Telephone: (415) 268-7000 |
| | Facsimile: (415) 268-7522 |
| | rhung@mofo.com |
| | |
| | *Attorneys for Defendant* |
| | *APPLE INC.* |

sf-6128753